## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | ) | |
| **1657 The Fairway #131 Jenkintown, PA 19046** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action** |
| **vs.** | ) | **No.   17-4172** |
| | ) | |
| **WILLIAM NOVICK AGENCY, LLC. ("WNA")** | ) | |
| **1812 Brownsville Rd.** | ) | |
| **Feasterville Trevose, PA 19053,** | ) | |
| | ) | |
| *Et Al.* | ) | |
| | ) | |
| **and** | ) | |
| **DOES 1 through 100, inclusive,** | ) | |
| | ) | |
| **Defendants.** | ) | **Jury Trial Demanded** |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

NOTICE IS HEREBY GIVEN that Plaintiff, Andrew R. Perrong, hereby dismisses this action

pursuant to Rule 41(a)(1)(A)(i), as to all defendants, as they have not yet served an answer or

motion for summary judgment. Pursuant to Rule 41(a)(1)(B), such dismissal is WITH

PREJUDICE. Please mark the case closed for statistical purposes

Dated: **January 23, 2018**

_____/s/_____

Andrew Perrong

*Plaintiff Pro-Se*

1657 The Fairway #131

Jenkintown, PA 19046

Phone: 215-791-6957

Facsimile: 888-329-0305

andyperrong@gmail.com

1